B1 (Official Form 1)(04/13)

| United States Bankruptcy Court **District of Delaware** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): <br> **Golden County Foods, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years <br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years <br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN <br>(if more than one, state all) <br> **75-3083018** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN <br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> **300 Moore Road** <br> **Plover, WI** <br> ZIP Code **54467** | Street Address of Joint Debtor (No. and Street, City, and State): <br> ZIP Code |
| County of Residence or of the Principal Place of Business: <br> **Portage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> ZIP Code | Mailing Address of Joint Debtor (if different from street address): <br> ZIP Code |
| Location of Principal Assets of Business Debtor <br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) <br> *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                       Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Golden County Foods, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: <br> **See Schedule 1 attached hereto** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)        (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Golden County Foods, Inc.** |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Mark D. Collins, Esq.  (No. 2981)**
Printed Name of Attorney for Debtor(s)

**Richards, Layton & Finger, P.A.**
Firm Name

**One Rodney Square**
**920 North King Street**
**Wilmington, DE  19801**
Address

**302-651-7700  Fax: 302-651-7701**
Telephone Number
      May 15, 2015
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Dave Wiggins**
Printed Name of Authorized Individual
**Chief Executive Officer**
Title of Authorized Individual
      May 15, 2015
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required under 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## Schedule 1

**Pending Bankruptcy Cases Filed by the Debtors in this Court**

On the date hereof, each of the affiliated entities listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, in the United States Bankruptcy Court for the District of Delaware. Contemporaneously herewith, the Debtors are filing a motion requesting the joint administration of these chapter 11 cases for procedural purposes only under the case number assigned to Golden County Foods, Inc.

1.    Golden County Foods, Inc.

2.    GCF Holdings II, Inc.

3.    GCF Franchisee, Inc.

82278v.1

## CERTIFICATE

Dated: May 15, 2015

I, Dave Wiggins, the undersigned Chief Executive Officer of Golden County Foods, Inc., a corporation organized and existing under the laws of the State of Delaware (the "Company"), hereby certify as follows:

1.     I am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2.     Attached hereto is a true and correct copy of the resolutions of the board of directors (the "Board") of the Company duly adopted by written consent on May 8, 2015.

2.     Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exists no other subsequent resolution of the Board of the Company relating to the matters set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate as of the date first written above.

By:   _/s/ Dave Wiggins_
Name:  Dave Wiggins
Title:  Chief Executive Officer

82275v.1

## RESOLUTION OF THE BOARD OF DIRECTORS OF
## GOLDEN COUNTY FOODS, INC.

The undersigned, being the duly elected and acting Board of Directors (the "Board") of Golden County Foods, Inc. (the "Company"), a corporation organized and existing under and by virtue of the laws of the State of Delaware, do hereby consent to, approve and adopt the following resolutions effective as of May 8, 2015:

RESOLVED, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that David Wiggins (the "Designated Officer") is hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer may approve; and be it

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the Designated Officer performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the law firms of Neligan Foley LLP and such local counsel as is approved by the Designated Officer, be and hereby are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, he is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of May ___, 2015.

GOLDEN COUNTY FOODS, INC.,
a Delaware Corporation

By:


Name:  Jeff S. Fronterhouse              Name:  Jerry M. Meyer
Title:   Director                        Title:   Director


Name:  Patrick K. McGee                  Name:  David Wiggins
Title:   Director                        Title:   Director


Name:  Glenn W. Askew, III               Name:  James C. Reed
Title:   Director                        Title:   Director

2

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, he is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of May 9 , 2015.

GOLDEN COUNTY FOODS, INC.,
a Delaware Corporation

By:

Name:  Jeff S. Fronterhouse
Title:  Director

Name:  Jerry M. Meyer
Title:  Director

Name:  Patrick K. McGee
Title:  Director

Name:  David Wiggins
Title:  Director

Name:  Glenn W. Askew, III
Title:  Director

Name:  James C. Reed
Title:  Director

2

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, he is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of May _8_, 2015.

GOLDEN COUNTY FOODS, INC.,
a Delaware Corporation

By:

Name: Jeff S. Pronterhouse          Name: Jerry M. Meyer
Title: Director                     Title: Director


Name: Patrick K. McGee              Name: David Wiggins
Title: Director                     Title: Director


Name: Glenn W. Askew, III           Name: James C. Reed
Title: Director                     Title: Director

2

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, he is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of May 8, 2015.

GOLDEN COUNTY FOODS, INC.,
a Delaware Corporation

By:

Name: Jeff S. Fronterhouse
Title: Director

Name: Jerry M. Meyer
Title: Director

Name: Patrick K. McGee
Title: Director

Name: David Wiggins
Title: Director

Name: Glenn W. Askew, III
Title: Director

Name: James C. Reed
Title: Director

2

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, he is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of May 8 , 2015.

GOLDEN COUNTY FOODS, INC.,
a Delaware Corporation

By:


Name: Jeff S. Fronterhouse
Title:  Director

Name: Jerry M. Meyer
Title:  Director


Name: Patrick K. McGee
Title:  Director

Name: David Wiggins
Title:  Director


Name: Glenn W. Askew, III
Title:  Director

Name: James C. Reed
Title:  Director

2

FURTHER RESOLVED, that the Designated Officer be, and hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officer, he is hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officer in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed as of May $\underline{8}$, 2015.

GOLDEN COUNTY FOODS, INC.,
a Delaware Corporation

By:


_____        _____
Name: Jeff S. Fronterhouse                      Name: Jerry M. Meyer
Title:  Director                                         Title:  Director


_____        _____
Name: Patrick K. McGee                          Name: David Wiggins
Title:  Director                                         Title:  Director


_____        _____
Name:  Glenn W. Askew, III                      Name: James C. Reed
Title:  Director                                         Title:  Director


2

81759v.1

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re   **Golden County Foods, Inc.**

                                   Debtor(s)

Case No.

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ARAMARK UNIFORM SERVICES<br>1920 OAK STREET<br>LA CROSSE, WI 54603 | ARAMARK UNIFORM SERVICES<br>1920 OAK STREET<br>LA CROSSE, WI 54603 | TRADE | | 159,236.63 |
| COLUMBIA ONION<br>24100 RD R-SW<br>MATTAWA, WA 99349 | COLUMBIA ONION<br>24100 RD R-SW<br>MATTAWA, WA 99349 | TRADE | | 226,790.85 |
| GRAPHIC PACKAGING INTL INC<br>ELK GROVE DIVISION<br>1500 NICHOLAS BLVD.<br>ELK GROVE VILLAGE, IL 60007 | GRAPHIC PACKAGING INTL INC<br>ELK GROVE DIVISION<br>1500 NICHOLAS BLVD.<br>ELK GROVE VILLAGE, IL 60007 | TRADE | | 409,229.19 |
| GREAT NORTHERN CORP.<br>395 STROEBE ROAD<br>P.O. BOX 939<br>APPLETON, WI 54912 | GREAT NORTHERN CORP.<br>395 STROEBE ROAD<br>P.O. BOX 939<br>APPLETON, WI 54912 | TRADE | | 233,879.83 |
| INDEL FOOD PRODUCTS INC.<br>9515 PLAZA CIRCLE<br>EL PASO, TX 79927 | INDEL FOOD PRODUCTS INC.<br>9515 PLAZA CIRCLE<br>EL PASO, TX 79927 | TRADE | | 225,504.00 |
| KERRY SAVORY INC.<br>300 N EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 | KERRY SAVORY INC.<br>300 N EXECUTIVE DRIVE<br>BROOKFIELD, WI 53005 | Equipment described on Financing Statement dated 2/3/2011 | | 954,489.92 |
| KRAFT FOOD INGREDIENTS<br>22585 NETWORK PLACE<br>CHICAGO, IL 60673 | KRAFT FOOD INGREDIENTS<br>22585 NETWORK PLACE<br>CHICAGO, IL 60673 | TRADE | | 383,914.86 |
| LAGRANDER'S HILLSIDE DAIRY<br>W11299 BROEK ROAD<br>STANLEY, WI 54768 | LAGRANDER'S HILLSIDE DAIRY<br>W11299 BROEK ROAD<br>STANLEY, WI 54768 | TRADE | | 247,643.08 |
| MALNOVE OF NEBRASKA<br>13434 F STREET<br>OMAHA, NE 68137 | MALNOVE OF NEBRASKA<br>13434 F STREET<br>OMAHA, NE 68137 | TRADE | | 179,324.22 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Golden County Foods, Inc.**                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [If secured, also state value of security]* |
| MASTERS GALLERY FOODS INC. P.O. BOX 170 PLYMOUTH, WI 53073-0170 | MASTERS GALLERY FOODS INC. P.O. BOX 170 PLYMOUTH, WI 53073-0170 | TRADE | | 444,395.81 |
| MCT DAIRIES 15 BLEEKER STREET MILLBURN, NJ 07041 | MCT DAIRIES 15 BLEEKER STREET MILLBURN, NJ 07041 | TRADE | | 1,217,763.25 |
| MOUNT DORA FARMS INC 16398 JACINTOPORT BLVD. HOUSTON, TX 77015 | MOUNT DORA FARMS INC 16398 JACINTOPORT BLVD. HOUSTON, TX 77015 | TRADE | | 361,473.85 |
| PACKERS SANITATION SERVICES 3681 PRISM LANE P.O. BOX 340 KIELER, WI 53812 | PACKERS SANITATION SERVICES 3681 PRISM LANE P.O. BOX 340 KIELER, WI 53812 | TRADE | | 230,146.50 |
| PLOVER WASTEWATER UTILITY P.O. BOX 37 PLOVER, WI 54467 | PLOVER WASTEWATER UTILITY P.O. BOX 37 PLOVER, WI 54467 | TRADE | | 469,231.24 |
| ROCKTENN CP LLC 504 THRASHER STREET NORCROSS, GA 30071 | ROCKTENN CP LLC 504 THRASHER STREET NORCROSS, GA 30071 | TRADE | | 504,165.00 |
| SEYFARTH SHAW LLP 131 SOUTH DEARBORN CHICAGO, IL 60603 | SEYFARTH SHAW LLP 131 SOUTH DEARBORN CHICAGO, IL 60603 | TRADE | | 137,719.98 |
| THE VALEN GROUP 10250 ALLIANCE ROAD CINCINNATI, OH 45242 | THE VALEN GROUP 10250 ALLIANCE ROAD CINCINNATI, OH 45242 | TRADE | | 362,185.87 |
| TOTAL QUALITY LOGISTICS 1701 EDISON DRIVE MILFORD, OH 45150 | TOTAL QUALITY LOGISTICS 1701 EDISON DRIVE MILFORD, OH 45150 | TRADE | | 377,758.00 |
| VINSON & ELKINS  LLP 1001 FANNIN STREET HOUSTON, TX 77002-6760 | VINSON & ELKINS  LLP 1001 FANNIN STREET HOUSTON, TX 77002-6760 | TRADE | | 774,991.66 |
| WARNER & WARNER INC. PO BOX 308 PLOVER, WI 54467 | WARNER & WARNER INC. PO BOX 308 PLOVER, WI 54467 | TRADE | | 331,385.15 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Golden County Foods, Inc.**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 15, 2015** _____        Signature   **/s/ Dave Wiggins** _____
                                                            **Dave Wiggins**
                                                            **Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| | § | |
| **GOLDEN COUNTY FOODS, INC.,** | § | **CASE NO. 15-_____ (_____)** |
| | § | |
| **Debtor.** | § | **(Joint  Administration Requested)** |

## DECLARATION REGARDING LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

I, Dave Wiggins, the undersigned authorized officer of the above-captioned debtor, declare under penalty of perjury that I have reviewed the foregoing List of Creditors Holding 20 Largest Unsecured Claims against the above-captioned debtor and that such list is true and correct to the best of my knowledge, information and belief.

Dated: May 15, 2015

By: _/s/ Dave Wiggins_____
Name:  Dave Wiggins
Title:  Chief Executive Officer

82267v.1

# United States Bankruptcy Court
## District of Delaware

In re      **Golden County Foods, Inc.**

_____

Debtor

Case No. _____

Chapter_____11_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ANTON POLACEK** **107 HARRIS WAY** **HORTONVILLE, WI 54944** | COMMON/SERIES A PREFERRED | 22,847/7,864 | |
| **BABSON CAPITAL MANAGEMENT LLC** **1500 MAIN STREET, SUITE 2800** **SPRINGFIELD, MA 01115** | SERIES A PREFERRED/SERI ES F PREFERRED | 287,658/147,100 | |
| **BABSON CAPITAL PARTICIPATION INVESTORS** **c/o BABSON CAPITAL MANAGEMENT LLC** **1500 MAIN STREET, SUITE 2800** **SPRINGFIELD, MA 01115** | SERIES A PREFERRED AND F PREFERRED | 151,643/77,900 | |
| **BROZOS EQUITY FUND II, LP** **100 CRESCENT COURT, SUITE 1777** **Dallas, TX 75201** | SERES A, B, C, D AND E PREFERRED | 18,000,000/3,800,0 00/2,500,000/5,000 ,000/1,000,000 | |
| **CHRISTINE AREND** **3122 OAK AVENUE** **STEVENS POINT, WI 54481** | SERIES A PREFERRED | 68,669 | |
| **CHRISTOPHER KLUCK** **10407 BESTUL ROAD** **AMHERST JUNCTION, WI 54407** | SERIES A PREFERRED | 30,176 | |
| **DALE REICHERT** **7133 COUNTY ROAD Q** **CUSTER, WI 54423** | COMMON/SERIES A PREFERRED | 7,951/34,381 | |
| **DANIEL HORAN** **101 ALTA COURT** **CHAPEL HILL, NC 27514** | SERIES A PREFERRED | 181,165 | |
| **JIM ZUGE** **810 SHORT LANE** **STEVENS POINT, WI 54481** | COMMON/SERIES A PREFERRED | 5,252/62,155 | |
| **KRISTI AREND** **1503 DENNIS DRIVE** **PLOVER, WI 54467** | COMMON/SERIES A PREFERRED | 22,847/126,133 | |
| **MARK AREND** **2211 IRVING STREET** **WISCONSIN RAPIDS, WI 54494** | SERIES A PREFERRED | 737,725 | |

__1__    continuation sheets attached to List of Equity Security Holders

In re    **Golden County Foods, Inc.**                                    Case No. _____
_____
                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MARK PULCHINSKI<br>701 4TH STREET<br>PLOVER, WI 54467 | COMMON/SERIES A PREFERRED | 22,847/31,464 | |
| PATRICK O'RAY<br>12020 SOUTHERN HIGHLANDS PKWY<br>UNIT 1045<br>LAS VEGAS, NV 89141 | COMMON/SERIES D PREFERRED | 100,000/100,000 | |
| TERENCE O'BRIEN<br>6273 BEVERLY DRIVE<br>FRISCO, TX 75034 | COMMON | 2,907,600 | |
| TINA AREND<br>2211 IRVING STREET<br>WISCONSIN RAPIDS, WI 54494 | SERIES A PREFERRED | 880 | |
| TONIA VANNIEUWENHOVEN<br>3050 NORTH AVENUE<br>WISCONSIN RAPIDS, WI 54495 | COMMON | 18,540 | |
| TOWER SQUARE CAP PARTNERS II, LP<br>c/o BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET, SUITE 2800<br>SPRINGFIELD, MA 01115 | SERIES A PREFERRED/SERIES F PREFERRED | 716,903/368,100 | |
| TOWER SQUARE CAP PARTNERS II-A, LP<br>c/o BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET, SUITE 2800<br>SPRINGFIELD, MA 01115 | SERIES A PREFERRED/SERIES F PREERRED | 716,981/368,100 | |
| TOWER SQUARE CAP PARTNERS II-B, LP<br>c/o BABSON CAPITAL MANAGEMENT LLC<br>1500 MAIN STREET, SUITE 2800<br>SPRINGFIELD, MA 01115 | SERIES A PREFERRED/SERIES F PREFERRED | 75,707/38,800 | |
| WHOLESALE HOLDINGS GROUP LLC<br>1701 LEGACY DRIVE, SUITE 1000<br>FRISCO, TX 75034 | SERIES A PREFERRED/SERIES B PREFERRED | 259,000/200,000 | |

Sheet __1__ of __1__ continuation sheets attached to the List of Equity Security Holders

In re    **Golden County Foods, Inc.**
_____
                                    Debtor

Case No. _____

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 15, 2015** _____

Signature _**/s/ Dave Wiggins**_____
                **Dave Wiggins**
                **Chief Executive Officer**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re   **Golden County Foods, Inc.** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Golden County Foods, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BROZOS EQUITY FUND II, LP**
**100 CRESCENT COURT, SUITE 1777**
**Dallas, TX 75201**

☐ None [*Check if applicable*]

**May 15, 2015** _____

Date

**/s/ Patrick J. Neligan, Jr.** _____

**Patrick J. Neligan, Jr. 14866000**

Signature of Attorney or Litigant

Counsel for   **Golden County Foods, Inc.**

**Neligan Foley LLP**
**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**
**214-840-5300 Fax:214-840-5301**