IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| GOLDEN COUNTY FOODS, INC., | § | CASE NO. 15-11062 (KG) |
| *et al.*, | § | |
| | § | JOINT ADMINISTRATION REQUESTED |
| DEBTORS. | § | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves the admission *pro hac vice* of Patrick J. Neligan, Jr. of Neligan Foley LLP 325 N. St. Paul, Suite 3600, Dallas, Texas 75201 to represent the above-captioned debtors and debtors-in-possession in the above-captioned cases.

Dated: May 19, 2015  
       Wilmington, Delaware

Respectfully submitted,

/s/ *Tyler D. Semmelman*
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Email:   semmelman@rlf.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: May 20th, 2015**
**Wilmington, Delaware**

**KEVIN GROSS**
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective March 25, 2014. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court for the District Court upon the filing of this motion.

       /s/ *Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.
NELIGAN FOLEY LLP
325 N. St. Paul, Suite 3600
Dallas, TX 75201
Telephone: (214) 810-5300
Facsimile: (214) 810-5301
Email: pneligan@neliganlaw.com