**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Golden County Foods, Inc. | : | Case No. 15-11062 (KG) |
| GCF Franchisee, Inc. | : | |
| GCF Holdings, II, Inc. | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtors. | | |

--------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **MCT Dairies, Inc.**, Attn: Vincent McCann, 15 Bleeker St., Ste. 103, Millburn, NJ 07041, Phone: 973-258-9600 x 31, Fax: 973-258-9222

2. **Kerry Inc.**, Attn: Joseph S. Duncan, 3400 Millington Rd., Beloit, WI 53511, Phone: 608-363-3231, Fax: 608-363-3430

3. **Masters Gallery Foods, Inc.**, Attn: Jodi Schoerner, 328 Cty Hwy PP, PO Box 170, Plymouth, WI 53073, Phone: 920-893-8431 x 300, Fax: 920-893-0416

4. **Kraft Foods Group**, Attn: Juan Mostek, Three Lakes Drive- 2B, Northfield, IL 60093, Phone: 847-646-6408, Fax: 847-646-0927

5. **Total Quality Logistics**, Attn: Jeff Thompson, 1701 Edison Dr., Milford, OH 45150, Phone: 513-831-2600, Fax: 513-753-2510

6. **The Valen Group**, Attn: Gus Valen, 10250 Alliance Rd., Cincinnati, OH 45242, Phone: 513-842-6300

7. **Indel Food Products, Inc.**, 9515 Plaza Cir., El Paso, TX 79927, Phone: 915-590-5915, Fax: 915-590-5913

ANDREW R. VARA
Acting United States Trustee, Region 3

/s/ Hannah McCollum for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 27, 2015

Attorney assigned to this Case: Hannah McCollum, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Mark D. Collins, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701