**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | **CHAPTER 11** |
| | § | |
| **GOLDEN COUNTY FOODS, INC.,** | § | **CASE NO. 15-11062 (KG)** |
| *et al.*,[1] | § | |
| | § | **JOINTLY ADMINISTERED** |
| **DEBTORS** | § | |

---

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 8, 2015 AT 1:30 P.M. (EDT)[3]**

---

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING**
**HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

---

**I.    CONTINUED MATTER:**

1.    Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtor-in-Possession Financing and Granting Related Relief [Docket No. 9 - filed May 18, 2015]

Objection/Response Deadline:          June 1, 2015 at 4:00 p.m. (EDT); extended to June 3, 2015 at 4:00 p.m. (EDT) for the Official Committee of Unsecured Creditors (the "Committee"); further extended to June 8, 2015 at 4:00 p.m. (EDT)

Objections/Responses Received:

A.    Objection of Eagle Eye Produce, Inc. to Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtor-in-Possession Financing and Granting Related Relief Without Providing Adequate Protection to Debtor's PACA Trust Creditors [Docket No. 54 - filed May 22, 2015]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Golden County Foods, Inc. (3018); GCF Holdings II, Inc. (3151); and GCF Franchisee, Inc. (4385). The address of the Debtors' corporate headquarters is 300 Moore Road, Plover, Wisconsin 54467.

[2]    **Amended matters appear in bold.**

[3]    All pleadings referenced herein are available online at:  http://www.kccllc.net/GoldenCountyFoods.

B.      Columbia Manufacturing, Inc. dba Columbia Onions' Joinder to Objection of Eagle Eye Produce, Inc. to Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtor-in-Possession Financing and Granting Related Relief Without Providing Adequate Protection to Debtor's PACA Trust Creditors [Docket No. 61 - filed May 26, 2015]

C.      Objection of Bongards' Creameries to Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtor-in-Possession Financing and Granting Related Relief [Docket No. 79 - filed June 1, 2015]

Related Documents:

i.      Order (1) Authorizing the Debtors to Obtain Post-Petition Financing on an Interim Basis, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Section 364(c) and 364(d) of the Bankruptcy Code, (2) Authorizing the Use of Cash Collateral, (3) Granting Adequate Protection, (4) Modifying the Automatic Stay, and (5) Granting Related Relief [Docket No. 43 - filed May 20, 2015]

ii.     Notice of (I) Entry of Interim Order (1) Authorizing the Debtors to Obtain Post-Petition Financing on an Interim Basis, Granting Senior Postpetition Security Interests and According Superpriority Administrative Expense Status Pursuant to Section 364(c) and 364(d) of the Bankruptcy Code, (2) Authorizing the Use of Cash Collateral, (3) Granting Adequate Protection, (4) Modifying the Automatic Stay, and (5) Granting Related Relief, and (II) Final Hearing Thereon [Docket No. 45 - filed May 20, 2015]

iii.    Notice of Withdrawal of Objection of Bongards' Creameries to Debtors' Emergency Motion for Interim and Final Orders Authorizing Debtor-in-Possession Financing and Granting Related Relief [Docket No. 83 - filed June 2, 2015]

Status: The hearing regarding this matter has been continued to June 15, 2015 at 10:00 a.m. (EDT)

## II.     **UNCONTESTED    MATTERS/MATTERS    UNDER    CERTIFICATE    OF COUNSEL:**

2.      Motion for Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing or Discontinuing Services on Account of Prepetition Invoices, (II) Approving Procedures for Providing Adequate Assurance of Postpetition Payments, and (III) Approving Debtors' Proposed Form of Adequate Assurance [Docket No. 7 - filed May 18, 2015]

Objection/Response Deadline:        June 4, 2015 at 4:00 p.m. (EDT)

Objections/Responses Received:      None

2

Related Documents:

i.    Interim Order Prohibiting Utilities from Altering, Refusing or Discontinuing Service and Determining Adequate Assurance of Payment for Utility Services [Docket No. 36 - filed May 19, 2015]

ii.    Notice of (I) Entry of Interim Order Prohibiting Utilities from Altering, Refusing or Discontinuing Service and Determining Adequate Assurance of Payment for Utility Services and (II) Final Hearing Thereon [Docket No. 41 - filed May 19, 2015]

Status: The Debtors intend to file a proposed form of final order under certificate of counsel. **The Court has indicated no hearing on this matter is required.**

3.    Motion for Authority to Pay Prepetition Employee Wages, Compensation, and Employee Benefits [Docket No. 8 - filed May 18, 2015]

Objection/Response Deadline:    June 4, 2015 at 4:00 p.m. (EDT)

Objections/Responses Received:    Informal comments from PNC Bank, National Association

Related Documents:

i.    Interim Order Authorizing the Debtor to Pay Prepetition Employee Wages and Compensation [Docket No. 37 - filed May 19, 2015]

ii.    Notice of (I) Entry of Interim Order Authorizing the Debtor to Pay Prepetition Employee Wages and Compensation, and (II) Final hearing Thereon [Docket No. 40 - filed May 19, 2015]

Status: The Debtors intend to file a proposed form of final order under certificate of counsel. **The Court has indicated no hearing on this matter is required.**

4.    Application for an Order Authorizing the Retention and Employment of Neligan Foley LLP as Counsel to the Debtors [Docket No. 46 - filed May 20, 2015]

Objection/Response Deadline:    June 1, 2015 at 4:00 p.m. (EDT); deadline extended for the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") to June 10, 2015

Objections/Responses Received:    Informal comments from the U.S. Trustee

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter. The Debtors intend

3

RLF1 12090497v.2

to file a revised form of order under certificate of counsel. **The Court has indicated no hearing on this matter is required.**

5.      Debtors' Application to Retain and Employ Piper Jaffray & Co. in Connection with Proposed Sale of Debtor's Assets [Docket No. 47 - filed May 20, 2015]

Objection/Response Deadline:          June 1, 2015 at 4:00 p.m. (EDT); deadline extended for the U.S. Trustee to June 10, 2015

Objections/Responses Received:     Informal comments from the U.S. Trustee

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter.  The Debtors intend to file a revised form of order under certificate of counsel. **The Court has indicated no hearing on this matter is required.**

6.      Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel *Nunc Pro Tunc* to the Petition Date [Docket No. 48 - filed May 20, 2015]

Objection/Response Deadline:          June 1, 2015 at 4:00 p.m. (EDT); deadline extended for the U.S. Trustee to June 10, 2015

Objections/Responses Received:     Informal comments from the U.S. Trustee

Status: The Debtors are working on a proposed form of revised order to address the U.S. Trustee's informal comments in connection with this matter.  The Debtors intend to file a revised form of order under certificate of counsel. **The Court has indicated no hearing on this matter is required.**

Dated: June 5, 2015
Wilmington, Delaware                Respectfully submitted,


                                    **RICHARDS, LAYTON & FINGER, PA**

                                    /s/ *Joseph C. Barsalona II*
                                    Mark D. Collins (No. 2981)
                                    Tyler D. Semmelman (No. 5386)
                                    Joseph C. Barsalona II (No. 6102)
                                    One Rodney Square
                                    920 North King Street
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 651-7700
                                    Facsimile:    (302) 651-7701
                                    Email:        collins@rlf.com
                                                  semmelman@rlf.com
                                                  barsalona@rlf.com


                                    -and-

                                    **NELIGAN FOLEY LLP**
                                    Patrick J. Neligan Jr. (admitted *pro hac vice*)
                                    John D. Gaither
                                    325 N. St. Paul, Suite 3600
                                    Dallas, Texas 75201
                                    Telephone:    (214) 840-5300
                                    Facsimile:    (214) 840-5301
                                    Email:        pneligan@neliganlaw.com
                                                  jgaither@neliganlaw.com

                                    *Proposed Counsel to Debtors and Debtors in Possession*


5